No. 52. DOMBROWSKI ET AL. *v.* PFISTER, CHAIRMAN, JOINT LEGISLATIVE COMMITTEE ON UN-AMERICAN ACTIVITIES OF THE LOUISIANA LEGISLATURE, ET AL. Appeal from the United States District Court for the Eastern District of Louisiana. (Probable jurisdiction noted, 377 U. S. 976.) The motion of NAACP Defense and Educational Fund, Inc., for leave to file a brief, as *amicus curiae,* is granted. The motion of American Civil Liberties Union et al. for leave to file a brief, as *amici curiae,* is granted. MR. JUSTICE BLACK took no part in the consideration or decision of these motions. *Jack Greenberg, Derrick A. Bell, Jr.,* and *Jay H. Topkis* for NAACP Defense and Educational Fund, Inc. *Louis Lusky* and *Melvin L. Wulf* for American Civil Liberties Union et al.

No. 59. UNITED STATES *v.* FIRST NATIONAL CITY BANK. (Certiorari, 377 U. S. 951, to the United States Court of Appeals for the Second Circuit.) The motion for leave to file a memorandum of attorneys for Omar, S. A., as *amicus curiae,* is granted. *Theodore Tannenwald* and *A. Chauncey Newlin* on the motion.

No. 60. JANKOVICH ET AL., DOING BUSINESS AS CALUMET AVIATION CO. *v.* INDIANA TOLL ROAD COMMISSION. (Certiorari, 377 U. S. 942, to the Supreme Court of Indiana.) The motion of Air Transport Association for leave to file a brief, as *amicus curiae,* is granted. *John E. Stephen* and *George S. Lapham, Jr.,* on the motion.